# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) |
| THEODORE HOLMES, | ) 2:21-CR-00166-4-SM |
| Defendant. | ) ORDER APPOINTING COUNSEL |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that TOWNSEND M. MYERS, ESQ. is hereby appointed to represent Defendant, THEODORE HOLMES.

New Orleans, Louisiana this 1st day of December, 2021.

*Donna Phillips Currault*

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE